**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SAVINGS FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND; and TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 13 C 8518<br><br>Judge Kendall |
| Plaintiffs, | ) ) | Magistrate Judge Mason |
| v. | ) ) | |
| OTIS CONSTRUCTION COMPANY, an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN**

Plaintiffs, by their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, GREGORY W. HOSÉ and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully move this Honorable Court for entry of a default judgment in sum certain against Defendant, Otis Construction Company ("Otis"), as stated in the Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state:

1. This case was filed on November 26, 2013.

2. Defendant Otis was served with Summons and Complaint on December 16, 2013 as shown on the return of service previously filed.

3. In excess of 21 days have expired since Service of Process, however, Defendant Otis has failed to file an answer or otherwise plead.

1

4. Per the affidavit of Richard J. Wolf, an audit of Defendant demonstrated that Defendant owes Plaintiffs Trustees of the Chicago Painters and Decorators Pension Fund et al, in the amount of $131,926.81 in benefits, $19,789.02 liquidated damages, and $1,187.50 audit costs for a total due of $152,903.33 for the audit period April 22, 2013 through December 31, 2013 (Wolf Affidavit attached hereto as Exhibit A.) Of this amount, $54,256.03 has been recovered, reducing the amount owed to $98,647.30.

5. Per the affidavit of Gregory W. Hosé, the Plaintiffs have incurred $7,480.00 in legal fees pursuing this action. (Declaration of Gregory W. Hosé attached hereto as Exhibit B.)

**WHEREFORE**, Plaintiffs pray for:

1. The entry of final judgment against Otis Construction Company. in the amount of $106,127.30.

2. Retain jurisdiction to enforce the judgment.

        Respectfully submitted,

        **TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.**

        By: \_/s/ Gregory W. Hosé_____
            One of their Attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
GREGORY W. HOSÉ
ARNOLD AND KADJAN
203 N. LaSalle St., Ste. 1650
Chicago, Illinois 60601
(312) 236-0415